COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:      01-12-00750-CV

Trial Court Cause
Number:      1113604

Style:      Kensington Park Homeowner Association, Inc.

      **v** Karl Newman

Date motion filed[*]:      May 13, 2013

Type of motion:      Motion to File Amended Brief

Party filing motion:      Appellant

Document to be filed:      n/a (on file)

Is appeal accelerated?  ☐ YES   ☒ NO

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: <u>An amended Appellee's Brief, if any, may be filed within 20 days from the date of this order</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Sherry Radack
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of <u>Chief Justice Sherry Radack and Justices Bland and Huddle</u>

Date: <u>October 24, 2013</u>